# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Jose Luis Rodriguez-Sandoval           the United Mexican States
A088 347 869        YOB:    1982

## CRIMINAL COMPLAINT

Case Number:
M-14-0491-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 10, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Carla Patricia Arevalo-Ramos, citizen and national of Honduras and Evelin Yanira Carballo-Sigaran, citizen and national of El Salvador, along with sixteen (16) other undocumented aliens, for a total of eighteen (18), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**Weslaco Border Patrol Station had initially received information regarding a possible harboring location located at 8230 Cardinal Bay in Edcouch, Texas. This information was obtained from undocumented aliens all of whom claimed to have been harbored at this location.**

**On March 10, 2014, Border Patrol Agents went to this location to conduct surveillance to corroborate the received information. At approximately 1:00 p.m., Agents observed a male and female exit the home and leave in a maroon minivan.**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved
JSR

Signature of Complainant

Frediberto Hernandez     Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

March 12, 2014                          8:44 a.m.            at    McAllen, Texas
Date                                                                City and State

Peter E. Ormsby             , U. S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-0491-M

RE:     Jose Luis Rodriguez-Sandoval          A088 347 869

**CONTINUATION:**

At this time, Agents requested assistance from the Hidalgo County Constables Office for a traffic stop. Officer Pena conducted a traffic stop on said vehicle due to driver failed to signal at the proper distance before making a turn. The driver, Jose Luis RODRIGUEZ-Sandoval, was unable to provide a driver's license or vehicle registration. Officer Pena, suspecting that the driver was illegally present in the United States requested assistance from U.S. Border Patrol. Agents Jose Trevino and Luis Farias arrived at the scene and determined that the driver, RODRIGUEZ and female passenger were both illegally in the United States.

At that time, Agent Jose Trevino placed both subjects under arrest and read RODRIGUEZ his Miranda Right. RODRIGUEZ waived his rights and was willing to give a statement without the presence of an attorney. During the field interview, RODRIGUEZ stated that he was living at the home located at 8230 Cardinal Bay along with his girlfriend. Agent J. Trevino asked RODRIGUEZ who his female passenger was, to which he answered "just a friend." Agents asked RODRIGUEZ for consent to search the home for undocumented aliens and he agreed. Officer Pena issued RODRIGUEZ a warning for traffic violation. RODRIGUEZ was then transported back to the possible harboring location.

At approximately 2:00 p.m., Border Patrol Agents, H.S.I. along with the Hidalgo Constables Office approached 8230 Cardinal Bay Street in Edcouch, Texas to conduct a consent to search for undocumented aliens. Once at the home, RODRIGUEZ stated that there were more people inside the home. RODRIGUEZ then used his key to open the door and the Agents entered the home. Agents discovered a total 17 undocumented aliens all illegally in the United States.

All subjects were transported to the Weslaco Border Patrol Station for processing. Once at the station, agents were able to get two material witnesses that could identify RODRIGUEZ in a photo line-up as the caretaker of the home.

**PRINCIPAL STATEMENT:**
Once at the Border Patrol Station, Jose Luis RODRIGUEZ-Sandoval was again advised of his Miranda Rights. RODRIGUEZ understood his rights and voluntarily stated that he was willing to give a sworn statement without the presence of a lawyer.
RODRIGUEZ stated that he was in charge of the house located at 8230 Cardinal Bay in Edcouch, Texas. He would also picked up undocumented aliens and taken them to the stash house. Furthermore, he stated that he would keep a log of the aliens that would arrive and leave the home. In addition, he would log down which smuggler dropped them off at the house. RODRIGUEZ also stated that he would receive groceries from another individual and would take them to the house. He also stated that he was the only one allowed in and out of the house. RODRIGUEZ further stated that some money that he had in his possession came from individuals at the home for the purpose of purchasing food.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-0491-M

RE:  Jose Luis Rodriguez-Sandoval          A088 347 869

**CONTINUATION:**

**MATERIAL WITNESS STATEMENT:**
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights. Both verbally stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

1-Carla Patricia AREVALO-Ramos stated that her brother helped her do the smuggling arrangements into the United States. On February 21, 2014, she was smuggled illegally across the river along with 26 others. Once in the U.S. they were ultimately picked up and transported to the house that they were apprehended in. AREVALO was able to identify Jose Luis RODRIGUEZ-Sandoval as the individual that wrote their names down in a notebook. He then told them that he was in charge of the residence and if they needed anything to talk to him. She also witnessed RODRIGUEZ bring in food and other undocumented aliens into the home. On today's date, March 10, 2014, RODRIGUEZ was transporting her to the store but was stopped by the police.

2-Evelin Yanira CARBALLO-Sigaran stated that she made smuggling arrangements in El Salvador and was going to pay approximately $6000 in smuggling fees. On March 4, 2014, she was smuggled across the river into the United States. Once in the U.S. she was picked up and transported to the harboring location. Once at the home, she only observed one subject that brought food and water to the residence. CARBALLO was able to identify Jose Luis RODRIGUEZ-Sandoval as the caretaker of the home. RODRIGUEZ would also provide transportation to the home as well as notate individuals names on a ledger.